IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00779-LTB-PAC

DAVID LINDHOLM,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DISTRICT ATTORNEY 2nd JUDICIAL DISTRICT,
DENVER COUNTY SHERIFF'S OFFICE,
DENVER POLICE DEPARTMENT, COLORADO,
DEPUTY DISTRICT ATTORNEY TIM TWINING,
DEPUTY DISTRICT ATTORNEY AARON SUAZO,
DENVER DETECTIVE BARBARA WINNER,
DENVER POLICE OFFICER CHRIS LINDEL,
DENVER POLICE OFFICER LARRY MORTIMER,
UNKNOWN VICTIM'S FUND ADVOCATE,
PEGGY LINDHOLM,
TERESA REGENOLD,
ALL UNKNOWN PARTIES,

    Defendants.

---

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

O. Edward Schlatter, United States Magistrate Judge

This is a *pro se* civil rights action under 42 U.S.C. §1983. Plaintiff filed his complaint on April 24, 2006, paid the filing fee, and a summons was issued. A May 8, 2006 Order of Reference referred this case to former Magistrate Judge Patricia A. Coan to conduct pretrial proceedings and to issue recommendations for rulings on dispositive motions. Upon Magistrate Judge Coan's retirement, I assumed her caseload pending the hiring of a new United States Magistrate Judge.

Under Fed.R.Civ.P. 4(m), plaintiff should have served each of the named

defendants with a summons and copy of the complaint within 120 days of filing his complaint. On September 12, 2006, the court ordered plaintiff to show cause in writing, on or before September 29, 2006, why this action should not be dismissed for plaintiff's failure to serve the defendants. *See* Doc. #3. The Order to Show Cause was returned to the court in an envelope marked "Return to Sender, Attempted - Not Known, Unable to Forward." Doc. 4

Plaintiff has not served the defendants to date or demonstrated good cause for an extension of time to complete service of process. Further, plaintiff has failed to comply with D.C.COLO.L.CivR 10.1.M which requires *pro so* parties to file a notice of new address within ten days of a change. Accordingly, it is

**RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation**

**may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated January 18, 2007.

                                          BY THE COURT:

                                          s/ O. Edward Schlatter
                                          O. EDWARD SCHLATTER
                                          United States Magistrate Judge