**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00779-LTB-PAC

DAVID LINDHOLM,

       Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DISTRICT ATTORNEY 2nd JUDICIAL DISTRICT,
DENVER COUNTY SHERIFF'S OFFICE,
DENVER POLICE DEPARTMENT, COLORADO,
DEPUTY DISTRICT ATTORNEY TIM TWINING,
DEPUTY DISTRICT ATTORNEY AARON SUAZO,
DENVER DETECTIVE BARBARA WIMMER,
DENVER POLICE OFFICER CHRIS LINDEL,
DENVER POLICE OFFICER LARRY MORTIMER,
UNKNOWN VICTIM'S FUND ADVOCATE,
PEGGY LINDHOLM,
TERESA REGENOLD,
ALL UNKNOWN PARTIES,

       Defendants.
_____

**ORDER**
_____

This case is before me upon the Recommendation of the Magistrate Judge that the above action be dismissed without prejudice for Plaintiff's failure to prosecute.  The Recommendation was entered and served on January 18, 2007.  Plaintiff has failed to file timely objection to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly,

IT IS ORDERED that the above action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:   February 12, 2007